**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Vashon King, ) | C.A No.: 4:23-cv-01983 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **LETTER EXTENDING TIME** |
| ) | **TO ANSWER** |
| Experian Information Solutions, Inc., ) | |
| Mountain Run Solutions, LLC, ) | |
| Chris Carter, and Brian Fuller, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Local Civ. Rule 12.01 (D.S.C.), please find attached correspondence between counsel for Plaintiff and counsel for Defendants Mountain Run Solutions, LLC, Chris Carter, and Brian Fuller (collectively "Defendants"), extending the time to answer or otherwise plead in the above-referenced case for ten (10) days. The new responsive pleading deadline is now on or before August 10, 2023.

This the 31st day of July, 2023.            Respectfully submitted,

                                            s/ Chad V. Echols
                                            Chad V. Echols (Fed ID 9810)
                                            Frost Echols LLC
                                            PO Box 12645
                                            Rock Hill, SC 29731
                                            Phone: (803) 329-8970
                                            Email: chad.echols@frostechols.com

## CERTIFICATE OF SERVICE

The undersigned certifies Defendants' **Letter Extending the Time to Answer** was served on all counsel of record on July 31, 2023, via the USDC ECF system, including on counsel for Plaintiff as follows:

Penny Cauley<br>
Hays Cauley, P.C.<br>
1303 West Evans Street<br>
Florence, SC 29501<br>
Phc917@hayscauley.com

/s/ Chad V. Echols
Chad V. Echols (Fed I.D. 9810)
Frost Echols LLC