# Amie Temple

**To:** Marissa Coyle
**Subject:** RE: King v. Equifax; 4:23-cv-1983

**From:** Will Geddings <will@hayscauley.com>
**Date:** Monday, July 31, 2023 at 12:42 PM
**To:** Marissa Coyle <marissa.coyle@frostechols.com>, Penny Cauley <phc917@hayscauley.com>
**Cc:** Amie Temple <amie.temple@frostechols.com>
**Subject:** Re: King v. Equifax; 4:23-cv-1983

Good morning Marissa:

Plaintiff has no objection to the ten day extension.

With Kindest Regards, I remain,


William K. Geddings
Attorney
Hays Cauley, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 (Facsimile)

**NOTICE TO PROSPECTIVE CLIENTS**: *Consulting, speaking, or communicating with an attorney or legal assistant from this law firm (by email, telephone, or otherwise) does not mean that this law firm is or will act as your attorney or has agreed to advise you, dispense a legal opinion, or represent you in any capacity. Consultation and/or communication is only so you and this law firm can determine if your case or legal matter is appropriate for this law firm to handle. After you consult and/or communicate with this law firm, both you and this law firm must mutually agree to have this law firm represent you, and you must both sign a written contract known as a "Representation Agreement". Without a signed written contract this law firm **DOES NOT** represent you. Therefore, please do not assume that your legal matter and/or legal claim is being handled by this law firm unless, after this law firm tells you it agrees to represent you, you have signed a written contract.*

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*